UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BLUSHARK DIGITAL, LLC,<br><br>                Plaintiff,<br>  v.<br><br>SENTINEL INSURANCE COMPANY, LTD.,<br><br>                Defendants. | Case No. 3:20-cv-08210-MAS-LHG<br><br>**NOTICE OF MOTION**<br>ORAL ARGUMENT REQUESTED |

    PLEASE TAKE NOTICE that on October 5, 2020 at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendant Sentinel Insurance Company, Ltd., by its undersigned counsel, shall moved before the Honorable Michael A. Shipp, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Courtroom 5W, Trenton NJ 08608, for an order dismissing the Complaint in this matter pursuant to Fed. R. Civ. P. 12(b)(2).

    PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendant shall rely on the brief field herewith.

    PLEASE TAKE FURTHER NOTICE that a proposed form of order is filed herewith.

Dated: September 10, 2020

                                                STEPTOE & JOHNSON LLP

                                               By: *s/ James L. Brochin*

                                               James L. Brochin (Bar No. 042891990)
                                               1114 Avenue of the Americas
                                               New York, New York 10036
                                               Phone: (212) 506-3900
                                               Fax: (212) 506-3950

1

jbrochin@steptoe.com

Sarah D. Gordon (*pro hac vice forthcoming*)
1330 Connecticut Avenue NW
Washington, DC 20036
Phone: (202) 429-8005
Fax: (202) 429-3902
sgordon@steptoe.com

William R. Andrichik (*pro hac vice forthcoming)*
115 S. Lasalle, Ste. 4700
Chicago, IL 60603
Phone: (312) 577-1273
Fax: (312) 577-1370
wandrichik@steptoe.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 10, 2020, a true and correct copy of the foregoing was filed electronically with the Court using the CM/ECF filing system, which will automatically send notice of the filing to all counsel of record.

*s/ James L. Brochin*
James L. Brochin
