**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**CASE NO. 20-cv-8210**

BLUSHARK DIGITAL, LLC

    Plaintiff,

v.

THE HARTFORD FINANCIAL
SERVICES GROUP, INC., and
SENTINEL INSURANCE COMPANY, LTD.,

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Blushark Digital, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that the claims against Defendant, Sentinel Insurance Company, Ltd. in the above-captioned action are voluntarily dismissed, without prejudice.

Dated: October 12, 2020                      Respectfully submitted,

                                                   By: */s/ Lawrence E. Bathgate, II*
                                                   Lawrence E. Bathgate, II, Esq.
                                                   NJ Bar No. 222621965
                                                   lbathgate@bathweg.com
                                                   John J. Reilly, Esq.
                                                   NJ Bar No. 014391977
                                                   jreilly@bathweg.com
                                                   Ryan M. Farrell
                                                   NJ Bar No. 276372018
                                                   rfarrell@bathweg.com
                                                   **BATHGATE, WEGENER & WOLF,**
                                       **P.C.**
                                                   One Airport Road
                                                   P.O. Box 2043
                                                   Lakewood, New Jersey 08701
                                                   Phone: (732) 363-0666

Adam M. Moskowitz
(*Pro Hac Vice* Admission Pending)
Florida Bar No. 984280
adam@moskowitz-law.com
Adam A. Schwartzbaum
(*Pro Hac Vice* Admission Pending)
Florida Bar No. 93014
adams@moskowitz-law.com
Howard M. Bushman
(*Pro Hac Vice* Admission Pending)
Florida Bar No. 0364230
howard@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

William F. "Chip" Merlin, Jr.
cmerlin@MerlinLawGroup.com
New Jersey Bar No. 055182013
Florida Bar No.  364721
Michael Howard Moore
DC Bar No.  482356
mmoore@merlinlawgroup.com
(*Pro Hac Vice* Admission Pending)
**MERLIN LAW GROUP**
777 S. Harbour Island Blvd.,
Suite 950
Tampa, FL 33602
Telephone: (813) 229-1000
Facsimile: (813) 229-3692

Rene M. Sigman
Texas Bar No. 24037492
rsigman@MerlinLawGroup.com
(*Pro Hac Vice* Admission Pending)
**MERLIN LAW GROUP**
515 Post Oak Blvd
Suite 510
Houston, Texas 77027
Tel:   (713) 626-8880Fax:   (713) 626-8881
Christina Phillips
Illinois Bar No.  6287091
cphillips@merlinlawgroup.com(*Pro   Hac Vice* Admission Pending)

**MERLIN LAW GROUP**
181 West Madison
Suite 3475
Chicago, Illinois 60602
Tel: (312) 260-0806 Fax: (312) 260-0808

So Ordered this 13th day of October, 2020.

_____
**Honorable Michael A. Shipp, U.S.D.J.**